## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY
## SOUTHERN DIVISION AT PIKEVILLE
## CIVIL ACTION NO. 7:09-CV-00144-KKC

[Electronically Filed]

| | |
|---|---|
| United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO-CLC,<br><br>         Plaintiff,<br><br>v.<br><br>American Standard Corporation<br><br>         Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S DISCLOSURE STATEMENT PURSUANT TO FRCVP 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff, United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO-CLC, hereby discloses that it is not a corporate party.  The Plaintiff has no parent corporation and no publicly-held corporation owns 10% or more of the Plaintiff's stock.

Respectfully submitted,

SEGAL LINDSAY & JANES, PLLC


by   s/Dennis F. Janes
   **DENNIS F. JANES**
   515 Park Avenue
   Louisville, Kentucky 40208
   Phone: (502) 568-5600
   Fax:    (502) 581-1437
   E-Mail: dfjanes@segal-lawfirm.com
   ***Counsel for Plaintiff***

## CERTIFICATE OF SERVICE

     A copy of the foregoing was served electronically on all parties of record in accordance with the method established under this Court's CM/ECF Administrative Procedures and Order and a copy was mailed via U.S. Mail to:

Richard S. Cleary
GREENBAUM DOLL & MCDONALD PLLC
101 S. Fifth Street, Ste. 3500
Louisville, Kentucky 40202
Counsel for Defendant

on this the 7th day of December, 2009.

                                                                           s/ Dennis F. Janes
                                                                           *Counsel for Plaintiff*