UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION
CASE NO. 7:09-cv-00144-KKC
(Electronically Filed)

| | |
|---|---|
| UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS UNION, AFL-CIO-CLC | PLAINTIFF |
| v.  **DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE** | |
| AMERICAN STANDARD CORPORATION | DEFENDANT |

\* \* \* \* \*

Defendant American Standard Corporation, now American Standard Brands ("American Standard" or "Defendant"), a nongovernmental corporate party, makes this disclosure statement under Rule 7.1 of the Federal Rules of Civil Procedure:

American Standard is owned by two private investment firms, Sun Capital Partners, Inc., which owns a majority share of American Standard, and Bain Capital, Inc.  No publicly traded company owns 10% or more of Defendant's stock.

Respectfully Submitted,

/s/ Brent R. Baughman
Richard S. Cleary
Brent R. Baughman
Blaine R. Blood
GREENEBAUM DOLL & MCDONALD PLLC
3500 National City Tower
101 South Fifth Street
Louisville, Kentucky  40202
Phone:  (502) 589-4200
Fax:  (502) 587-3695
Email:  rsc@gdm.com
Email:  brb@gdm.com
Email:  brb2@gdm.com

COUNSEL FOR DEFENDANT,
AMERICAN STANDARD CORPORATION

## CERTIFICATE OF SERVICE

  I hereby certify that on February 16, 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following counsel of record:

Dennis F. Janes
Segal Lindsay & Janes
515 Park Avenue
Louisville, KY 40208-2318
Phone:  (502) 568-5600
E-mail:  dfjanes@segal-lawfirm.com

COUNSEL FOR PLAINTIFF

              /s/ Brent R. Baughman
              COUNSEL FOR DEFENDANT

3764990_1.doc